| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | GREGORY S. GILCHRIST (State Bar No. 111536) |
| 2 | Two Embarcadero Center, Eighth Floor |
| | San Francisco, California  94111 |
| 3 | Telephone:  (415) 576-0200 |
| | Facsimile:  (415) 576-0300 |
| 4 | E-mail:  gsgilchrist@townsend.com |
| 5 | Attorneys for Defendant |
| | FIRST REPUBLIC GROUP, LLC |
| 6 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FIRST REPUBLIC BANK, | | Case No.   C 06-6494 CRB |
| Plaintiff, | | **STIPULATION AND ORDER** |
| v. | | |
| FIRST REPUBLIC GROUP, LLC, | | |
| Defendant. | | |

This action is set for case management conference on January 26, 2007; the joint statement is due on January 11, 2006.  The defendant only recently engaged local counsel and thereupon agreed to accept service voluntarily provided sufficient time was allowed for counsel to become familiar with the case before responding to the complaint or submitting a case management statement.  Given the upcoming holidays, the parties have agreed that -- with the Court's permission -- defendant First Republic Group will file and serve a responsive pleading on January 19, 2007 and the parties will confer about early disclosures and file their joint case management statement by January 19, 2007 as well.

///

///

///

STIPULATION AND ORDER            - 1 -            First Republic Bank v. First Republic Group, LLC
                                                    Case No. C 06-6494 CRB

1  No court dates are affected by the proposed stipulation and order.

2

3  DATED:  December 21, 2006        TOWNSEND AND TOWNSEND AND CREW LLP

4

5                                    By: /s/ *Gregory S. Gilchrist*_____
                                          Gregory S. Gilchrist
                                          Attorneys for Defendant
6                                         FIRST REPUBLIC GROUP, LLC

7  DATED:  December 21, 2006        HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP

8

9                                    By: /s/ *Batya F. Swenson*_____
                                          Batya F. Swenson
                                          Attorneys for Plaintiff
10                                        FIRST REPUBLIC BANK

11

12

13  GOOD CAUSE APPEARING, IT IS SO ORDERED:

14

15  _____
    Honorable Charles R. Breyer
16  United States District

17  60945279 v                                   January 3, 2007

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]