1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   SUSAN G. O'NEILL – 115133
2  BATYA F. SWENSON – 192396
   425 Market Street, 26th Floor
3  San Francisco, CA  94105
   Telephone:     (415) 777-3200
4  Facsimile:      (415) 541-9366
   E-mail:          bswenson@hansonbridgett.com
5
   Attorneys for Plaintiff
6  FIRST REPUBLIC BANK

7

8                        **UNITED STATES DISTRICT COURT**

9                      **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11  FIRST REPUBLIC BANK,                      No. CV 06-06494 CRB

12                  Plaintiff,                **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF FIRST REPUBLIC BANK TO FILE RESPONSE TO DEFENDANT'S COUNTERCLAIM**

13         v.

14  FIRST REPUBLIC GROUP, LLC,

15                  Defendant.

16

17         IT IS HEREBY STIPULATED by and between the parties, through their attorneys of

18  record, that the deadline by which plaintiff First Republic Bank must respond to Defendant's

19  Counterclaim shall be extended for ten days from February 12, 2007 to <u>February 22, 2007</u>.

20
    DATED:  February 12, 2007                   HANSON BRIDGETT MARCUS
21                                              VLAHOS & RUDY, LLP

22

23                                              By:   /s/
                                                   BATYA F. SWENSON
24                                                 Attorneys for Plaintiff
                                                   FIRST REPUBLIC BANK
25

26

27

28
                                          - 1 -
   STIPULATION FOR EXTENSION OF TIME
   *(CASE NO. CV 06-06494 CRB)*                                                  1301961.1

1 | DATED: February 12, 2007

TOWNSEND AND TOWNSEND AND CREW, LLP

By: ___/s/_____
GREGORY S. GILCHRIST
Attorneys for Defendant
FIRST REPUBLIC GROUP, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer

February 14, 2007

- 2 -

STIPULATION FOR EXTENSION OF TIME
*(CASE NO. CV 06-06494 CRB)*

1301961.1