1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  TALI L. ALBAN (State Bar No. 233694)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   E-mail:  gsgilchrist@townsend.com
5           talban@townsend.com

6  Attorneys for Defendant
   FIRST REPUBLIC GROUP, LLC
7

8
                    UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  FIRST REPUBLIC BANK,                 Case No.   C 06-6494 CRB

12          Plaintiff,                   **STIPULATION AND JOINT APPLICATION RE CASE**
13     v.                                **MANAGEMENT DEADLINES**

14  FIRST REPUBLIC GROUP, LLC,

15          Defendant.

16

17

18      At the first case management conference held on January 26, 2007, the Court urged the parties

19  to conduct their early ADR soon to determine if the matter could be resolved.  The parties

20  accordingly requested that the ADR department facilitate an expedited mediation and Margaret

21  Corrigan, a mediator with the Ninth Circuit, was appointed as mediator shortly thereafter.

22  Unfortunately, due to the travel schedules of the parties who should attend the conference and an

23  intervening trial for one of the counsel, the mediation could not be scheduled until April 17, 2007.

24      Currently, a renewed Case Management Conference is scheduled for April 6, 2007 and the

25  deadline for completing the mediation is April 20, 2007.  The parties jointly request that the Court

26

27

28

continue the CMC to a date that is available to the Court in May, 2007 so that the parties may then report whether there is a meaningful chance of settlement.

DATED: February 28, 2007       TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ *Gregory S. Gilchrist*
    Gregory S. Gilchrist
    Attorneys for Defendant
    FIRST REPUBLIC GROUP, LLC

DATED: February 28, 2007       HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: /s/ Susan G. O'Neill
    Susan G. O'Neill
    Attorneys for Plaintiff
    FIRST REPUBLIC BANK

## ORDER

1. Good Cause Appearing, it is ordered that the parties appear at 8:30 a.m., May __, 2007 for a case management conference. Case management statements are due _ days in advance.

Dated: Feb. 28 ____, 2007       _____
    Charles R. Breyer
    United States District Judge

60991305 v1

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*