1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  TALI L. ALBAN (State Bar No. 233694)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   E-mail:  gsgilchrist@townsend.com
5           talban@townsend.com

6  Attorneys for Defendant
   FIRST REPUBLIC GROUP, LLC
7

8
                    UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 FIRST REPUBLIC BANK,                    Case No.   C 06-6494 CRB

12              Plaintiff,                 **STIPULATION AND JOINT APPLICATION RE CASE**
13         v.                              **MANAGEMENT DEADLINES**

14 FIRST REPUBLIC GROUP, LLC,

15              Defendant.

16

17

18         At the first case management conference held on January 26, 2007, the Court urged the parties

19 to conduct their early ADR soon to determine if the matter could be resolved.  The parties

20 accordingly requested that the ADR department facilitate an expedited mediation and Margaret

21 Corrigan, a mediator with the Ninth Circuit, was appointed as mediator shortly thereafter.

22 Unfortunately, due to the travel schedules of the parties who should attend the conference and an

23 intervening trial for one of the counsel, the mediation could not be scheduled until April 17, 2007.

24         Currently, a renewed Case Management Conference is scheduled for April 6, 2007 and the

25 deadline for completing the mediation is April 20, 2007.  The parties jointly request that the Court

26

27

28

1  continue the CMC to a date that is available to the Court in May, 2007 so that the parties may then
2  report whether there is a meaningful chance of settlement.

5  DATED: February 28, 2007          TOWNSEND AND TOWNSEND AND CREW LLP

7                                     By: /s/ *Gregory S. Gilchrist*
                                           Gregory S. Gilchrist
                                           Attorneys for Defendant
8                                          FIRST REPUBLIC GROUP, LLC

9  DATED: February 28, 2007          HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

11                                    By:     /s/ Susan G. O'Neill
                                           Susan G. O'Neill
12                                         Attorneys for Plaintiff
                                           FIRST REPUBLIC BANK

14                                    **ORDER**

16  1.   Good Cause Appearing, it is ordered that the parties appear at 8:30 a.m., May 11, 2007
17  for a case management conference.  Case management statements are due 10 days in advance.

18  Dated:  Feb. 28    , 2007          _____
                                       Charles R. Breyer
19                                     United States District Judge

21  60991305 v1

IT IS SO ORDERED
Judge Charles R. Breyer