United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST REPUBLIC BANK,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST REPUBLIC GROUP,<br><br>    Defendant._____ / | No. C 06-06494 CRB<br><br>**ORDER DENYING MOTION<br>FOR PRELIMINARY INJUNCTION** |

    Now before the Court is Plaintiff First Republic Bank's motion for a preliminary injunction. In its analysis, this Court concludes that First Republic Bank has not demonstrated either (1) a probability of success on the merits or (2) that there are serious questions going to the merits and that the balance of harms tips sharply in Plaintiff's favor. See Fed. Deposit Ins. Corp. v. Garner, 125 F.3d 1272, 1276-77 (9th Cir. 1997). Specifically, the Court concludes that Plaintiff has failed to demonstrate that it was providing "investment services" prior to Defendant's entry into the marketplace or that investment services constitute a "natural expansion" from the provision of "banking services." Further, the Court concludes that Plaintiff has not produced evidence sufficient to demonstrate a likelihood of

//

//

//

1  confusion among consumers at the time of Defendant's entry into the marketplace.

2  Accordingly, First Republic Bank's motion for preliminary injunction is hereby DENIED.

3  **IT IS SO ORDERED.**

6  Dated: August 2, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\CRBALL\2006\6494\orderrepreliminaryinjunction.wpd      2