1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   SUSAN G. O'NEILL - 115133
2  GARNER K. WENG - 191462
   BATYA F. SWENSON - 192396
3  bswenson@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, CA  94105
   Telephone:    (415) 777-3200
5  Facsimile:    (415) 541-9366

6  Attorneys for Plaintiff and Counter-defendant
   FIRST REPUBLIC BANK
7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12  FIRST REPUBLIC BANK, | No. C 06-6494 CRB |
| 13             Plaintiff, | **JOINT REQUEST TO CONTINUE ORDER OF DISMISSAL** |
| 14        v. | |
| 15  FIRST REPUBLIC GROUP, | Judge:    Hon. Charles R. Breyer |
|                           | Location: Courtroom 8, 19th Floor |
| 16             Defendant. | Trial date:  Vacated |
| 17 | |
| 18  AND RELATED COUNTERCLAIM, | |

- 1 -

JOINT REQUEST TO CONTINUE ORDER OF DISMISSAL
(CASE NO. C 06-6494 CRB)

1377027.1

1  TO THE HONORABLE CHARLES R. BREYER AND THE CLERK OF THE UNITED
2  STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,

   On October 4, 2007, the parties filed their "Notice of Tentative Settlement" notifying the Court that the parties had tentatively agreed to a global settlement of the above-captioned action, including the related counterclaim. On October 10, 2007, the Court issued an Order of Dismissal with a 30-day notice and compliance period. As of today's date, the parties are still in the process of finalizing the written settlement agreement with mutual releases.

   The parties do not want the Court to put this case back on the trial calendar at this point, however, the parties need more time to conclude this process. The parties jointly and respectfully request, therefore, that the Court briefly extend the notice and compliance period under the Order of Dismissal by two weeks to **November 26, 2007**.

DATED: November 9, 2007                HANSON BRIDGETT MARCUS
                                       VLAHOS & RUDY, LLP

                                       By:    /s/
                                       BATYA F. SWENSON
                                       Attorneys for Plaintiff and Cross-Defendant
                                       FIRST REPUBLIC BANK

DATED: November 9, 2007                TOWNSEND AND TOWNSEND AND
                                       CREW, LLP

                                       By:    /s/
                                       GREGORY S. GILCHRIST
                                       Attorneys for Defendant
                                       FIRST REPUBLIC GROUP

   I, Batya F. Swenson, hereby attest, pursuant to N.D. Cal. General Order No. 45, that concurrence to the filing of this document has been obtained from the other signatory hereto.

Nov. 16, 2007
                                              /s/
                                       BATYA F. SWENSON

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

- 2 -
JOINT REQUEST TO CONTINUE ORDER OF DISMISSAL
(CASE NO. C 06-6494 CRB)

1377027.1