HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
SUSAN G. O'NEILL - 115133
GARNER K. WENG - 191462
BATYA F. SWENSON - 192396
bswenson@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Plaintiff and Counter-defendant
FIRST REPUBLIC BANK

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST REPUBLIC BANK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST REPUBLIC GROUP,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM, | No. C 06-6494 CRB<br><br>**JOINT NOTICE OF FINAL SETTLEMENT AND REQUEST TO CONTINUE ORDER OF DISMISSAL**<br><br>Judge:　　Hon. Charles R. Breyer<br>Location:　Courtroom 8, 19th Floor<br><br>Trial date:　Vacated |

- 1 -

JOINT NOTICE OF FINAL SETTLEMENT AND
REQUEST TO FURTHER CONTINUE ORDER OF DISMISSAL (CASE NO. C 06-6494 CRB)

1382024.1

TO THE HONORABLE CHARLES R. BREYER AND THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,

On October 4, 2007, the parties filed their "Notice of Tentative Settlement" notifying the Court that the parties had tentatively agreed to a global settlement of the above-captioned action, including the related counterclaim. On October 10, 2007, the Court issued an Order of Dismissal with a 30-day notice and compliance period. Pursuant to the parties' November 9, 2007 joint request, the Court continued the compliance period to November 26, 2007. The parties are pleased to report to the Court that they have reached final agreement on the language of the written settlement agreement with mutual releases. In accordance with that agreement, counsel are preparing a stipulated request for dismissal, which they intend to submit to the Court for entry no later than next Wednesday, December 5, 2007. Based on the above, the parties jointly and respectfully request, therefore, that the Court briefly extend the notice and compliance period under the November 16, 2007 Order of Dismissal to **December 5, 2007**.

DATED: November 26, 2007

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By:_____
BATYA F. SWENSON
Attorneys for Plaintiff and Cross-defendant
FIRST REPUBLIC BANK

DATED: November 26, 2007

TOWNSEND AND TOWNSEND AND CREW, LLP

By:   /s/
GREGORY S. GILCHRIST
Attorneys for Defendant
FIRST REPUBLIC GROUP

I, Batya F. Swenson, hereby attest, pursuant to N.D. Cal. General Order No. 45, that concurrence to the filing of this document has been obtained from the other signatory hereto.

By:   /s/
BATYA F. SWENSON

- 2 -

JOINT NOTICE OF FINAL SETTLEMENT AND
REQUEST TO FURTHER CONTINUE ORDER OF DISMISSAL (CASE NO. C 06-6494 CRB)

1382024.1

1   IT IS ORDERED THAT the parties' joint request to continue this Court's November 16,
2   2007 Order of Dismissal and the notice and compliance period set forth therein to December 5,
3   2007 is granted.  Accordingly, the parties shall submit a stipulated request for dismissal to this
4   Court no later than December 5, 2007.

6   DATED:  November __27__, 2007

   _____
   HONORABLE CHARLES R. BREYER



- 3 -