1   HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
    SUSAN G. O'NEILL - 115133
2   GARNER K. WENG - 191462
    BATYA F. SWENSON - 192396
3   bswenson@hansonbridgett.com
    425 Market Street, 26th Floor
4   San Francisco, CA  94105
    Telephone:     (415) 777-3200
5   Facsimile:     (415) 541-9366

6   Attorneys for Plaintiff and Counter-defendant
    FIRST REPUBLIC BANK

7

8                  **UNITED STATES DISTRICT COURT**

9           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11

12   FIRST REPUBLIC BANK,                    No. C 06-6494 CRB

13              Plaintiff,                    **STIPULATED REQUEST FOR
                                             DISMISSAL**
14        v.

15   FIRST REPUBLIC GROUP,                   Judge:      Hon. Charles R. Breyer
                                             Location:   Courtroom 8, 19th Floor
16              Defendant.
                                             Trial date:  Vacated
17   _____

18   AND RELATED COUNTERCLAIM,

19

20

21

22

23

24

25

26

27

28

- 1 -

1      TO THE HONORABLE CHARLES R. BREYER AND THE CLERK OF THE UNITED

2   STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,

3      Pursuant to the confidential Settlement Agreement with Mutual Releases ("Agreement")

4   they entered into, Plaintiff First Republic Bank and Defendant First Republic Group, LLC

5   stipulated to the dismissal of the above-entitled matter with prejudice provided:

6      (1)  that the dismissal be conditioned on the terms of the confidential Agreement;

7      (2)  that each party will bear its own costs, expenses, and attorneys' fees; and,

8      (3)  that the Court retain jurisdiction over the enforcement of the Agreement in the event

9   legal action is required to enforce the terms of the Agreement.

10      Pursuant to that Agreement, the parties hereby request this Court to enter an order

11   dismissing the case with prejudice consistent with the above conditions and as set forth in the

12   below Order.

13

14   DATED:  December 6, 2007                     HANSON BRIDGETT MARCUS
                                                  VLAHOS & RUDY, LLP

15

16                                              By:  /s/
                                                _____
17                                              BATYA F. SWENSON
                                                Attorneys for Plaintiff and Cross-defendant
18                                              FIRST REPUBLIC BANK

19   DATED:  December 6, 2007                     TOWNSEND AND TOWNSEND AND
                                                  CREW, LLP
20

21                                              By:  /s/
                                                _____
22                                              GREGORY S. GILCHRIST
                                                Attorneys for Defendant
                                                FIRST REPUBLIC GROUP

23

24      I, Batya F. Swenson, hereby attest, pursuant to N.D. Cal. General Order No. 45, that

25   concurrence to the filing of this document has been obtained from the other signatory hereto.

26                                              By:  _____/s/_____
                                                            BATYA F. SWENSON
27

28

                                        - 2 -

1    IT IS ORDERED THAT the above-entitled matter is hereby dismissed with prejudice.

2  This dismissal is conditioned on the terms of the parties' confidential Settlement Agreement with

3  Mutual Releases. Each party will bear its own costs, expenses, and attorneys' fees.

4    The Court hereby retains jurisdiction over the enforcement of the parties' Settlement

5  Agreement with Mutual Releases in the event legal action is required to enforce its terms.

6

7  DATED:  December __07__, 2007

8  _____



9  HONORABLE CHARLES R. BREYER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR DISMISSAL (CASE NO. C 06-6494 CRB)                                  1382053.1